```
              UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS (Chicago)


AUDIT BUREAU OF CIRCULATIONS,  )
                               )
           Plaintiff,          )
                               )   Docket No. 08-cv-3089
      v.                       )
                               )
AXIS SPECIALTY INSURANCE       )
COMPANY,                       )   Chicago, Illinois
                               )   August 7, 2009
           Defendant.          )



          HEARING ON PLAINTIFF'S MOTION TO COMPEL
                        BEFORE THE
      HONORABLE MAGISTRATE JUDGE GERALDINE SOAT BROWN



APPEARANCES:

For Plaintiff:          HEATHER H. HARRISON
                        WILDMAN, HARROLD, ALLEN & DIXON, LLP
                        225 West Wacker Drive
                        Suite 3000
                        Chicago, IL  60606-1229


For Defendant:          NATALIE M. MESPLOU
                        TRAUB LIEBERMAN STRAUS &
                          SHREWSBERRY
                        303 West Madison Street
                        #1200
                        Chicago, IL  60606



Transcribed by:         Riki Schatell
                        6033 North Sheridan Road, 28-K
                        Chicago, Illinois  60660-3046
                        773/728-7281

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

```
 1              THE CLERK:  08-c-3089, Audit Bureau of Circulation
 2   vs. Axis Specialty.
 3              THE COURT:  Good morning.
 4              MS. HARRISON:  Good morning, your Honor, Heather
 5   Harrison, attorney for the plaintiff, Audit Bureau of
 6   Circulation.
 7              MS. MESPLOU:  Good morning, your Honor, Natalie
 8   Mesplou on behalf of the defendant.
 9              THE COURT:  Okay, would you spell your last name,
10   please?
11              MS. MESPLOU:  M-e-s-p-l-o-u.
12              THE COURT:  Okay.  Well, this matter is before me on
13   a motion by the plaintiff to compel production of documents.
14   Discovery closed in this case on May 28th by order of the
15   District Judge.  I have no authority to change Judge
16   Gettleman's date.  If you want to get any further discovery in
17   this case, you've got to go back to Judge Gettleman and ask for
18   more time.
19              MS. HARRISON:  Your Honor, I don't believe that
20   discovery closed.  That date may have remained on the calendar
21   but I think that was just a clerical error.
22              THE COURT:  Well, you've got to get Judge Gettleman
23   to change it because that is his order.  I know he extended the
24   time for you to file your response to the defendant's motion
25   for summary judgment but he never extended the time for
```

```
 1   discovery, and that is the order that's on the docket.  If you
 2   want any further discovery in this case you've got to get an
 3   extension from Judge Gettleman.  And I note that you filed your
 4   response to the defendant's motion for summary judgment so I'm
 5   kind of at a loss as to why we now have motions to compel
 6   discovery after discovery was closed and your response is in.
 7             MS. HARRISON:  We did, your Honor, but we were here
 8   in front of you in April and then we continued into May after
 9   we moved the response for summary judgment.
10             THE COURT:  Yes, and I disposed of all the issues
11   that were before me, that were brought to me before the close
12   of discovery.  There's nothing I can do.  I cannot enter an
13   order.  Judge Gettleman closed discovery.  It would be
14   absolutely improper for me to enter an order compelling
15   discovery after Judge Gettleman's order closed it.  If that is
16   something that you believe he intended to change but didn't,
17   you've got to get that clarified with him.
18             So what I will say is motion hearing held.  The
19   plaintiff's motion is denied because the District Judge closed
20   discovery in this case on May 28th, 2009.  Also the Court notes
21   that the plaintiff has filed its response to the defendant's
22   motion for summary judgment.  This is not a ruling on the
23   merits of any issues raised in the plaintiff's motion.
24             That's all I can do.  Sorry.
25             MS. HARRISON:  Thank you, your Honor.
```

4

1      MS. MESPLOU:  Thank you, your Honor.
2                (Hearing adjourned.)


    I, RIKI SCHATELL, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Riki Schatell                         <u>October 5, 2009</u>
                                          Date