```
                    UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS (Chicago)


AUDIT BUREAU OF CIRCULATIONS,  )
                               )
          Plaintiff,           )
                               )       Docket No. 08-cv-3089
     v.                        )
                               )
AXIS SPECIALTY INSURANCE       )
COMPANY,                       )       Chicago, Illinois
                               )       April 22, 2009
          Defendant.           )



                       TELEPHONIC STATUS HEARING
                              BEFORE THE
              HONORABLE MAGISTRATE JUDGE GERALDINE SOAT BROWN



APPEARANCES:

For Plaintiff:            ALISON C. CONLON
                          WILDMAN, HARROLD, ALLEN & DIXON, LLP
                          225 West Wacker Drive
                          Suite 3000
                          Chicago, IL  60606-1229


For Defendant:            JAMES EASTHAM
                          TRAUB LIEBERMAN STRAUS &
                            SHREWSBERRY
                          303 West Madison Street
                          #1200
                          Chicago, IL  60606



Transcribed by:           Riki Schatell
                          6033 North Sheridan Road, 28-K
                          Chicago, Illinois  60660-3046
                          773/728-7281

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

2

1       THE CLERK: 08-c-3089, Audit Bureau of Circulation
2 vs. Axis Specialty Insurance.
3       THE COURT: Good afternoon, everyone. Would you
4 please state your name for the record, spell your last name and
5 state the client that you represent?
6       MS. CONLON: Good afternoon, your Honor, this is
7 Alison Conlon, C-o-n-l-o-n, on behalf of the plaintiff, ABC.
8       MR. EASTHAM: Good afternoon, your Honor, James
9 Eastham, E-a-s-t-h-a-m, on behalf of defendant Axis Specialty
10 Insurance Company.
11       THE COURT: Okay now, this is a status to see if what
12 was still in dispute has been worked out. So somebody tell me.
13       MS. CONLON: Sure, your Honor. I am happy to cover
14 that and I'm glad to report that we are making progress. We
15 have received the table of contents for the claims manual from
16 Axis' counsel. We had a few questions about terms of act and
17 the nature of some of the chapters and counsel has just given
18 me some additional information which is greatly helpful to us
19 in determining what parts we'd like to request from them and so
20 we can do that in the next few days now that we have this
21 additional information.
22       And with respect to the description of the claim
23 files of potentially similarly-situated insurers, we've had a
24 chance to review that, speak to opposing counsel about
25 additional information that could be gathered by Axis that

3

1  would help us flesh out what files are potentially responsive
2  to our requests and streamline this whole process, and counsel
3  has just informed me that Axis will generate codes related to
4  the disposition of the 200-some claims for which they have
5  given us descriptions and obviously having some notion of the
6  dispositions that were made of those claims, will help us with
7  our analysis and I certainly hope that will help us be able to
8  streamline the requests that we made.
9              So that's the progress.  It's going along well from
10 the plaintiff's perspective, your Honor.
11             THE COURT:  Okay, defendant?
12             MR. EASTHAM:  Alison correctly stated the progress
13 we've made and I think we will be able to come to a final
14 resolution on these issues shortly.
15             THE COURT:  Okay, then what do you recommend for my
16 continued involvement?  If any.
17             MS. CONLON:  You know, your Honor, your involvement
18 has been very helpful.  I would suggest, if your Honor is
19 amenable, perhaps setting one more status call for two weeks
20 from now, at which point I would hope that I'd have my
21 materials in hand, and I would think with that last benchmark
22 for us, both counsel ought to be able to do what they needed to
23 do by then.
24             THE COURT:  All right.  Is that agreeable to you, Mr.
25 Eastham?

4

1    MR. EASTHAM:  I agree with that proposal, your Honor.
2    THE COURT:  Okay.  Then let's set this for continued
3 telephone status on May 6th?
4    MS. CONLON:  Sure.
5    THE COURT:  At three p.m.
6    MS. CONLON:  That's terrific, your Honor.
7    THE COURT:  Okay.  Good work on getting this worked
8 out and I see Judge Gettleman has extended the time for the
9 summary judgment briefing, which is good, too, so with that you
10 should be able to get this worked out.  So I will talk to you
11 then on May 6th at three p.m., continue working.
12    MS. CONLON:  Very good, your Honor, thank you for
13 your assistance.
14    MR. EASTHAM:  Thank you, your Honor.
15            (Hearing adjourned.)

     I, RIKI SCHATELL, certify that the foregoing is a
correct transcript from the record of proceedings in the
above-entitled matter.

/s/ Riki Schatell                          August 2, 2009
                                           Date