```
                    UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS (Chicago)


AUDIT BUREAU OF CIRCULATIONS,  )
                               )
            Plaintiff,         )
                               )    Docket No. 08-cv-3089
       v.                      )
                               )
AXIS SPECIALTY INSURANCE       )
COMPANY,                       )    Chicago, Illinois
                               )    May 6, 2009
            Defendant.         )


                 TELEPHONIC HEARING ON MOTION
                          BEFORE THE
        HONORABLE MAGISTRATE JUDGE GERALDINE SOAT BROWN


APPEARANCES:

For Plaintiff:           ALISON C. CONLON
                         WILDMAN, HARROLD, ALLEN & DIXON, LLP
                         225 West Wacker Drive
                         Suite 3000
                         Chicago, IL  60606-1229


For Defendant:           JAMES EASTHAM
                         TRAUB LIEBERMAN STRAUS &
                           SHREWSBERRY
                         303 West Madison Street
                         #1200
                         Chicago, IL  60606



Transcribed by:          Riki Schatell
                         6033 North Sheridan Road, 28-K
                         Chicago, Illinois  60660-3046
                         773/728-7281

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

2

 1          THE CLERK:  08-c-3089, Audit Bureau of Circulations
 2  vs. Axis Specialty Insurance.
 3          THE COURT:  Good afternoon.  Would everyone please
 4  state your name for the record and state the client that you
 5  represent?
 6          MS. CONLON:  Good afternoon, your Honor, this is
 7  Alison Conlon on behalf of the plaintiff, Audit Bureau of
 8  Circulation.
 9          MR. EASTHAM:  Good afternoon, your Honor, James
10  Eastham on behalf of defendant Axis Specialty Insurance
11  Company.
12          THE COURT:  All right.  Now is the motion moot?
13          MS. CONLON:  Well, we've made substantial progress,
14  your Honor, in getting the things that we had sought from Axis,
15  specifically last week they produced to us portions of the
16  claims manual that we had requested and that is one component
17  of the motion.  They did not turn over 100 percent of what we
18  wanted but we've made excellent progress in getting a
19  substantial amount on that.
20          The other portion of our motion had to do with the
21  production by Axis of claims files.  We were served with
22  descriptions of 236 claims made in the year 2006.  We had a
23  chance to review them.  We asked for some supplemental
24  information related to their decisions that Axis had made with
25  regard to the claims.  We were served Monday by Axis with a

3

1  list of codes to identify the decisions made on each of the 236
2  claims.  We have taken this into consideration.  We're just
3  finishing our analysis this afternoon and either later today or
4  on Monday we will be able to send to Axis a list of claim files
5  that we would like to have produced to us.
6          So, your Honor, from plaintiff's perspective we're in
7  a situation where we have made a substantial amount of progress
8  thanks in no small measure to the Court's intervention.  And I
9  would suggest, if we're not wearing out the Court's welcome, I
10 think it would be helpful, particularly because of the summary
11 judgment deadline that has now been moved back to June 5th, if
12 we could have another status call in a week or whenever it's
13 the Court's convenience obviously, just to make sure that the
14 actual production of the claims files that hasn't happened yet
15 is going smoothly.
16         So that's where things stand, your Honor.
17         THE COURT:  Mr. Eastham?
18         MR. EASTHAM:  I agree with everything counsel has
19 said and I think another status for a week or so would be
20 welcome.
21         THE COURT:  Well, let's see.  Today is the 6th.
22 Let's see.  I can get you in at 3:00 on the 13th by phone
23 again, so we'll continue this but it will really be my hope
24 that by then it will all be moot.  Is that realistic?  Or would
25 you recommend a little later?

4

```
 1            MR. EASTHAM:  Your Honor, this is James Eastham.  I
 2   think that much will depend on the volume of material requested
 3   either this afternoon or tomorrow as counsel has stated.  I too
 4   hope that this will all be mooted very quickly but I cannot
 5   promise without seeing that volume and the claims list as to
 6   the exact timing of production.
 7            THE COURT:  Okay, well, let's keep it on then for
 8   another telephone status hearing on the motion on the 13th at
 9   3:00?
10            MR. EASTHAM:  That will be fine, your Honor.
11            THE COURT:  And also I had set the next status date
12   before me at June 30th.  I set that back when that was the date
13   when Judge Gettleman anticipated the ruling on the motion for
14   summary judgment.  That's, of course, now history so I need to
15   change the date for the further status here to coincide with
16   Judge Gettleman's status -- decision rather on the motion for
17   summary judgment, which I now understand is set for August
18   18th.  I don't see any reason to have a status here on June
19   30th if you're all going to be briefing motions for summary
20   judgment.
21            MS. CONLON:  I think that sounds fine, your Honor.  I
22   think your suggestion makes sense to push it back.
23            MR. EASTHAM:  Agreed, your Honor.
24            THE COURT:  Okay.  So let's see.  We have continued
25   hearing on the motion, continued telephone hearing on the
```

5

```
1    motion set for May 13th at 3:00 and then the status date
2    previously set of June 30th is stricken and re-set to August
3    18th at 9:45.  All right.  Okay, is there anything else we can
4    achieve today?
5               MS. CONLON:  I think we've covered it, your Honor.
6               THE COURT:  Okay.
7               MR. EASTHAM:  Thank you, your Honor.
8               THE COURT:  Very good.  Keep working and I hope to
9    hear good news next week.
10              MS. CONLON:  Okay, thank you, your Honor.
11              MR. EASTHAM:  Thank you.
12                     (Hearing adjourned.)
```

     I, RIKI SCHATELL, certify that the foregoing is a
correct transcript from the record of proceedings in the
above-entitled matter.

/s/ Riki Schatell                          <u>August 2, 2009</u>
                                           Date