```
                     UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS (Chicago)


AUDIT BUREAU OF CIRCULATIONS,  )
                               )
            Plaintiff,         )
                               )       Docket No. 08-cv-3089
         v.                    )
                               )
AXIS SPECIALTY INSURANCE       )
COMPANY,                       )       Chicago, Illinois
                               )       May 13, 2009
            Defendant.         )



                 CONTINUED TELEPHONIC HEARING ON MOTION
                             BEFORE THE
            HONORABLE MAGISTRATE JUDGE GERALDINE SOAT BROWN



APPEARANCES:

For Plaintiff:              ALISON C. CONLON
                           WILDMAN, HARROLD, ALLEN & DIXON, LLP
                           225 West Wacker Drive
                           Suite 3000
                           Chicago, IL  60606-1229


For Defendant:              JAMES EASTHAM
                           TRAUB LIEBERMAN STRAUS &
                             SHREWSBERRY
                           303 West Madison Street
                           #1200
                           Chicago, IL  60606



Transcribed by:             Riki Schatell
                           6033 North Sheridan Road, 28-K
                           Chicago, Illinois  60660-3046
                           773/728-7281

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

2

```
 1            THE CLERK:  08-c-3089, Audit Bureau of Circulation

 2   vs. Axis Specialty Insurance.

 3            THE COURT:  Good afternoon.  Would everyone please

 4   state your name for the record, spell your last name and state

 5   the client that you represent?

 6            MS. CONLON:  Good afternoon, your Honor, Alison

 7   Conlon, C-o-n-l-o-n, for the plaintiff, the Audit Bureau of

 8   Circulation.

 9            MR. EASTHAM:  Good afternoon, your Honor, James

10   Eastham, E-a-s-t-h-a-m.  I represent Axis Specialty Insurance

11   Company.

12            THE COURT:  Okay.  Now is the motion completed?

13            MS. CONLON:  Your Honor, not yet but we continue to

14   make some progress.  I would characterize it as some good

15   progress.  Early last week the plaintiff received supplemental

16   information from Axis helping to elaborate on the descriptions

17   of the claims files that they had produced to us in response to

18   your Honor's order.  A few days after we received that,

19   specifically on May 6th last week, we requested on behalf of

20   the ABC 42 claim files, and counsel for Axis has since informed

21   me that Axis is in the process of complying, that they have

22   assembled the materials and if I understand correctly are

23   sending those materials to their counsel here in Chicago.

24            Counsel and I have talked in the interim about

25   setting up the date for the 30(b)(6) deposition of Axis
```

3

1    representatives and counsel for Axis has suggested, and I agree

2    with him, that it's still difficult at this point for us to

3    assess until he sees the documents and I see the documents when

4    a realistic date for that deposition is.  And counsel has

5    suggested, and I also agree, that we ask the District Court to

6    move back the summary judgment response deadline for the ABC

7    and report our good progress, but also realistically it's

8    difficult to envision being able to do this deposition and

9    response to the summary judgment by June 6th, so that is where

10   things stand, your Honor.

11          We're expecting the claims files in short order from

12   Axis but we do not have a definitive date for that yet for

13   understandable reasons.  Counsel hasn't yet seen them.

14          THE COURT:  Well, is that consistent with your

15   understanding of where things are, Mr. Eastham?

16          MR. EASTHAM:  Yes.  That is consistent, your Honor.

17   The documents will be shipped to me this week as I understand

18   it, and I know this is a little bit strange but they've been

19   described to me in the order of being over eight feet tall.

20          THE COURT:  Okay.  I -- (inaudible, multiple voices).

21          MR. EASTHAM:  So there is quite a few file materials

22   on their way.  We will certainly expedite to our ability the

23   review of those files so we get those produced, but I do concur

24   with what has been said with respect to the need to move the

25   response date accordingly so that we get this done in an

4

```
1    appropriate fashion.
2              THE COURT:  Well, that is up to Judge Gettleman.
3              MS. CONLON:  Yes.
4              MR. EASTHAM:  Yes.
5              THE COURT:  But as far as I can see, all of the
6    issues that you brought to me in the motion are resolved.  If
7    there are any further controversies, it's going to be different
8    from the issues you brought to me in the motion.  So there
9    really is no point in my not saying that this motion is moot.
10   I'm not going to keep this motion hanging on.
11             If there's some further controversy that develops
12   with respect to these eight feet of documents or setting the
13   date for the 30(b)(6) deposition, then that is a different
14   subject area that you'll have to meet and confer on and bring a
15   different motion.  But I think at this point, as I said, the
16   issues that you brought to me in the motion are now moot, so I
17   am going to moot out -- indicate on the record that the motion
18   is moot.  It certainly doesn't prohibit you from bringing an
19   additional motion or a different motion on a different subject
20   but this one is done.
21             So I've still got the status left following what is
22   now the expected ruling date by Judge Gettleman, which is
23   August 18th, and of course I'll change that if Judge Gettleman
24   changes his ruling date, and of course you can bring another
25   motion if you need to, but I assume it would be much simpler
```

5

1    than the motion I have here.

2              So is there anything else this afternoon?

3              MS. CONLON:  Not for the plaintiff, your Honor.

4              MR. EASTHAM:  Nothing, your Honor.

5              THE COURT:  Okay, then that will be the order:

6    Continued motion hearing held, and the Plaintiff's Motion to

7    Compel Production of Documents, all the issues on that motion

8    are moot.  Status remains set for August 18th at 9:45.  Thank

9    you.

10             MS. CONLON:  Thank you, your Honor.

11             MR. EASTHAM:  Thank you, your Honor.

12                      (Hearing adjourned.)


        I, RIKI SCHATELL, certify that the foregoing is a

    correct transcript from the record of proceedings in the

    above-entitled matter.

    /s/ Riki Schatell                    August 2, 2009
                                         Date